No. 66556.—J. J. Sales Corp. *v.* United States, protests 59/11541 and 328876–K (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of figures of angels composed of polystyrene similar in all material respects to those the subject of Abstract 61868, the claim of the plaintiff was sustained.

No. 66557.—Antonio B. Caragol and Rohner Gehrig & Co., Inc. *v.* United States, protest 61/3253 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.

No. 66558.—Max Eckardt & Sons Division of Allied Paper Corp. *v.* United States, protest 61/3322 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as nativity sets, item Nos. 9402 and 9405, is, in fact, plastic nativity sets similar in material and use to papier-mache nativity sets, the claim of the plaintiff was sustained.